

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/4/2015**
**LEE, FREDERICK DESHUN    Tr. Ct. No. 31727**                    **PD-1528-15**
On this day, the State's Response to the appellant's petition for discretionary review has been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *